# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WHIPPLE, HAROLD D. | Western District of Missouri | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (Senior Status) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

8462 Chas. Evans Whittaker Crt
400 East 9th Street
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Missouri Judges Retirement System - Pension | $44,244.60 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Woodlands, Dallas Co., MO | | None | L | W | | | | | |
| 2. Woodlands, Dallas Co., MO | | None | K | W | | | | | |
| 3. Office Bldg., Lebanon, MO | | None | K | W | | | | | |
| 4. 1/2 Owner woodlands, Laclede Co., MO | | None | J | W | | | | | |
| 5. 1/3 Owner woodlands, Lebanon, MO | | None | K | W | | | | | |
| 6. Ally Demand Notes | A | Interest | L | T | | | | | |
| 7. Bank of America Accounts | A | Interest | N | T | | | | | |
| 8. Mid-Missouri Bank Account | A | Interest | M | T | | | | | |
| 9. Federated Total Return Bond Fund | A | Dividend | | | Sold | 11/02/15 | K | | |
| 10. Vanguard Developed Markets Index | B | Dividend | K | T | | | | | |
| 11. Vanguard Institutional Index | B | Dividend | L | T | | | | | |
| 12. Dimensional Fund Advisors Investment Dimensions Group | E | Dividend | N | T | Buy (add'l) | 03/03/15 | J | | |
| 13. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 14. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 15. | | | | | Sold (part) | 12/29/15 | J | | |
| 16. IRA #1 | D | Dividend | N | T | | | | | |
| 17. -- AIM Invesco European Growth Fund CL A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- AIM Invesco American Franchise CL A | | | | | | | | | |
| 19. --AIM Invesco Moderate Allocation CL A | | | | | | | | | |
| 20. Pim. Comm. | A | Dividend | J | T | Sold (part) | 07/14/15 | J | | |
| 21. Vanguard Inflation Protected | A | Dividend | | | Sold | 11/02/15 | L | | |
| 22. Vanguard Index Funds Grw Idx Signal | A | Dividend | L | T | | | | | |
| 23. Central Bank Accounts | A | Interest | L | T | | | | | |
| 24. Academy Bank | A | Interest | M | T | | | | | |
| 25. Federated High-Yield Bond | B | Dividend | K | T | Buy (add'l) | 03/03/15 | J | | |
| 26. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 27. | | | | | Sold (part) | 11/02/15 | J | | |
| 28. Federated Ultra-Short Bond | A | Dividend | J | T | Buy (add'l) | 07/24/15 | K | | |
| 29. | | | | | Sold (part) | 11/02/15 | K | | |
| 30. Vanguard Short-Term Inv. Grade | B | Dividend | L | T | Buy (add'l) | 01/02/15 | J | | |
| 31. | | | | | Sold (part) | 04/09/15 | J | | |
| 32. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 33. | | | | | Sold (part) | 11/02/15 | J | | |
| 34. | | | | | Buy (add'l) | 12/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Int-Term Inv. Grade | A | Dividend | K | T | Buy (add'l) | 02/03/15 | J | | |
| 36. | | | | | Sold (part) | 11/02/15 | K | | |
| 37. | | | | | Buy (add'l) | 12/29/15 | L | | |
| 38. AQR Diversified | | None | K | T | Sold (part) | 11/02/15 | J | | |
| 39. Aberdeen Emerging Mkts | A | Dividend | J | T | Sold (part) | 07/24/15 | J | | |
| 40. Cohen & Steers Realty | A | Dividend | J | T | | | | | |
| 41. Eaton Vance Floating | B | Dividend | K | T | Buy (add'l) | 03/03/15 | J | | |
| 42. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 43. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 44. | | | | | Sold (part) | 11/02/15 | J | | |
| 45. Federated Strategic | A | Dividend | | | Sold | 07/24/15 | K | | |
| 46. Fidelity Contrafund Inc. | B | Dividend | K | T | Sold (part) | 02/03/15 | J | | |
| 47. | | | | | Sold (part) | 04/09/15 | K | | |
| 48. Voya Global Real Estate FD CL I | A | Dividend | K | T | | | | | |
| 49. Loomis Sayles Global Bond | | None | | | Sold (part) | 04/09/15 | J | | |
| 50. | | | | | Sold | 11/02/15 | J | | |
| 51. MFS Int'l New Discovery | A | Dividend | J | T | Buy (add'l) | 02/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 53. Matthews Pacific Tiger Fund | A | Dividend | J | T | Sold (part) | 07/24/15 | J | | |
| 54. Southernsun Small Cap Intsl | A | Dividend | | | Sold | 11/02/15 | J | | |
| 55. Oakmark International | A | Dividend | J | T | Buy (add'l) | 04/09/15 | J | | |
| 56. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 57. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 58. PIMCO All Asset | B | Dividend | | | Sold (part) | 04/09/15 | J | | |
| 59. | | | | | Sold (part) | 07/24/15 | J | | |
| 60. | | | | | Sold | 11/02/15 | J | | |
| 61. PIMCO Low Duration | A | Dividend | K | T | Sold (part) | 04/19/15 | J | | |
| 62. | | | | | Sold (part) | 11/02/15 | J | | |
| 63. PIMCO Real Return | A | Dividend | J | T | Buy (add'l) | 11/02/15 | J | | |
| 64. PIMCO Total Return | B | Dividend | J | T | Buy (add'l) | 02/03/15 | J | | |
| 65. | | | | | Sold (part) | 07/24/15 | J | | |
| 66. | | | | | Buy (add'l) | 11/02/15 | L | | |
| 67. | | | | | Sold (part) | 11/12/15 | K | | |
| 68. Robeco Boston Partners | A | Dividend | K | T | Sold (part) | 04/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 70. Tortoise Energy Infrastructure | B | Dividend | | | Sold | 12/07/15 | K | | |
| 71. Vanguard Equity Income | B | Dividend | K | T | Sold (part) | 07/24/15 | K | | |
| 72. | | | | | Buy (add'l) | 12/29/15 | K | | |
| 73. Vanguard Total Stock | B | Dividend | L | T | Sold (part) | 01/08/15 | J | | |
| 74. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 75. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 76. Virtus Emerging Mkts | A | Dividend | J | T | Buy (add'l) | 02/03/15 | J | | |
| 77. | | | | | Sold (part) | 11/02/15 | J | | |
| 78. Wasatch Small Cap Growth Fund | | None | | | Sold | 11/02/15 | J | | |
| 79. AQR Managed Futures Strategy Alternative FD CL I | B | Dividend | K | T | Buy (add'l) | 01/02/15 | J | | |
| 80. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 81. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 82. | | | | | Sold (part) | 12/11/15 | J | | |
| 83. AQR Multi Strategy Alternative FD I | C | Dividend | J | T | Buy (add'l) | 01/02/15 | J | | |
| 84. | | | | | Buy (add'l) | 04/09/15 | J | | |
| 85. | | | | | Buy (add'l) | 07/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/02/15 | K | | |
| 87. | | | | | Sold (part) | 12/11/15 | J | | |
| 88. Aston Fairpointe Midcap FD CL I | | None | | | Buy (add'l) | 01/02/15 | J | | |
| 89. | | | | | Sold (part) | 07/24/15 | J | | |
| 90. | | | | | Sold | 11/02/15 | J | | |
| 91. Driehaus Select Credit FD | B | Dividend | | | Sold | 11/02/15 | K | | |
| 92. Eaton Vance Parametric Commodity | | None | | | Sold | 08/07/15 | J | | |
| 93. Goldman Sachs Mid Cap Value FD | | None | | | Sold | 11/02/15 | J | | |
| 94. Goldman Sachs Strategic Income FD CL I | B | Dividend | K | T | Buy (add'l) | 01/02/15 | J | | |
| 95. | | | | | Sold (part) | 07/24/15 | J | | |
| 96. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 97. | | | | | Sold (part) | 11/02/15 | J | | |
| 98. MFS Emerging Markets Debt CL I | A | Dividend | J | T | Sold (part) | 07/24/15 | J | | |
| 99. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 100. | | | | | Sold (part) | 11/02/15 | J | | |
| 101. Templeton Global Bond Fund | A | Dividend | K | T | Buy (add'l) | 04/09/15 | J | | |
| 102. | | | | | Sold (part) | 11/02/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Tortoise/Nuance MLP & Pipeline | B | Dividend | L | T | Sold (part) | 12/11/15 | J | | |
| 104. Whitebox Tactical Opportunities FD | | None | | | Buy (add'l) | 01/02/15 | J | | |
| 105. | | | | | Sold (part) | 03/03/15 | J | | |
| 106. | | | | | Sold | 08/07/15 | J | | |
| 107. AllianceBernstein Select US Long Short Port Adv CL | A | Dividend | | | Sold | 12/29/15 | J | | |
| 108. AMG Southern Small Cap FD CL I | | None | | | Sold | 11/02/15 | J | | |
| 109. Dodge & Cox Intl Stock FD | A | Dividend | | | Buy (add'l) | 03/03/15 | J | | |
| 110. | | | | | Sold | 12/29/15 | J | | |
| 111. Fidelity Adv New Insights FD INST CL | | None | | | Buy (add'l) | 01/02/15 | J | | |
| 112. | | | | | Sold | 02/12/15 | J | | |
| 113. Fidelity Blue Chip Growth Fund | A | Dividend | J | T | Buy (add'l) | 01/02/15 | J | | |
| 114. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 115. IShares Russell Mid-Cap Growth ETF | A | Dividend | J | T | | | | | |
| 116. Vanguard Reit Index FD ADM | A | Dividend | J | T | Buy (add'l) | 12/09/15 | J | | |
| 117. Bank Liberty (Bank Account) (x) | A | Interest | L | T | | | | | |
| 118. AQR Large Cap Momentum Style FD CL 1 (x) | A | Dividend | | | Buy | 02/15/15 | J | | |
| 119. | | | | | Sold | 12/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AQR Small Cap Momentum Style FD CL 1 (x) | | None | | | Buy | 02/15/15 | J | | |
| 121. | | | | | Buy (add'l) | 04/09/15 | J | | |
| 122. | | | | | Sold | 11/02/15 | J | | |
| 123. Dreyfus Intl Bond FD CL Y (x) | A | Dividend | | | Buy | 04/09/15 | J | | |
| 124. | | | | | Sold | 12/29/15 | J | | |
| 125. Duluth MN Txbl-Arpt Impt-Ser C DTD (x) | A | Interest | J | T | Buy | 11/23/15 | K | | |
| 126. Eaton Vance Global Macro Absolute Return Advantage FD CL 1 (x) | B | Dividend | J | T | Buy | 03/03/15 | K | | |
| 127. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 128. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 129. | | | | | Sold (part) | 12/31/15 | J | | |
| 130. Eaton Vance Global Macro Absolute Return FD CL 1 (x) | A | Dividend | | | Buy | 02/03/15 | J | | |
| 131. | | | | | Sold | 11/02/15 | J | | |
| 132. Fidelty Low Priced Stock FD (x) | A | Dividend | | | Buy | 07/24/15 | J | | |
| 133. | | | | | Sold | 11/02/15 | J | | |
| 134. Harbor Intl FD Inst Shares (x) | A | Dividend | J | T | Buy | 02/03/15 | J | | |
| 135. | | | | | Buy (add'l) | 04/09/15 | J | | |
| 136. | | | | | Buy (add'l) | 07/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/02/15 | J | | |
| 138. | | | | | Sold (part) | 12/31/15 | J | | |
| 139. Harding Loevner Intl Equity Port Instl Shares (x) | | None | | | Buy | 02/12/15 | J | | |
| 140. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 141. | | | | | Sold | 11/02/15 | J | | |
| 142. Legg Mason Clearbridge Aggressive Growth FD CL 1 (x) | | None | | | Buy | 02/02/15 | J | | |
| 143. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 144. | | | | | Sold | 11/02/15 | J | | |
| 145. New York State Urban Dev Corp Revnue Txbl-Ser B DTD (x) | A | Interest | J | T | Buy | 11/17/15 | L | | |
| 146. Principal Midcap Fund Instl CL (x) | A | Dividend | J | T | Buy | 11/02/15 | J | | |
| 147. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 148. Vanguard Mid Cap Index FD Inst (x) | A | Dividend | J | T | Buy | 11/02/15 | J | | |
| 149. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 150. Vanguard Small Cap Index FD ADM Shares (x) | A | Dividend | J | T | Buy | 11/02/15 | J | | |
| 151. | | | | | Buy (add'l) | 12/29/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Pim.Comm - (#20 of 2014 Report and #20 of 2015 Report), was referenced Sold on 2/28/14 but should have been referenced Sold (part).

Bank of Liberty (#90 of 2014 Report) should have been titled Bank Liberty and marked with an "x" (now #119 of 2015 Report).

On 10/20/14 Vanguard Reit Index FD Signal Shrs, #89 in 2014 report , was converted to Vanguard Reit Index FD ADM (#116 of 2015 Report).

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HAROLD D. WHIPPLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544